UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DENNIS LAZARD** | **CASE NO. 6:21-CV-04042** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PABLO ESTRADA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

The application of Dennis Lazard to proceed *in forma pauperis* having been considered, it is the opinion of this Court that petitioner:

☒ does not have sufficient funds to pay a filing fee. Accordingly, IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

☐ has sufficient funds to pay the filing fee. Therefore, *in forma pauperis* status is DENIED. IT IS ORDERED that petitioner pay the $402.00 filing fee within 30 days from the date of this ordered. Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this 24th day of November, 2021.

Carol B. Whitehurst
United States Magistrate Judge