UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DENNIS LAZARD** | **CASE NO. 6:21-CV-04042 LEAD** <br> **6:21-CV-04067 (MEMBER)** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PABLO ESTRADA, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

The Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation.[1] After an independent review of the record, and noting the absence of any objections to the Magistrate Judge's recommendation, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Dismiss [ECF No. 20] is GRANTED, and all claims asserted against the Lafayette Police Department are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 25th day of March, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] *See* ECF Nos. 20, 23, and 32.