UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DENNIS LAZARD** | **CASE NO. 6:21-CV-04042 (LEAD)**<br>**No. 6:21-CV-04067 (MEMBER)** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PABLO ESTRADA ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## REPORT AND RECOMMENDATION

Before the Court is the Motion to Dismiss Pursuant to Rule 12(b)(6) in which Lafayette City-Parish Consolidated Government ("LCG") seeks to dismiss Plaintiff's punitive and exemplary claims against it.[1] (Rec. Doc. 44). Plaintiff did not file an opposition. The Motion was referred to the undersigned magistrate judge for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of this Court.

For the reasons set forth in Rec. Doc. 31, adopted at Rec. Doc. 35, the Court recommends that LCG's Motion to Dismiss (Rec. Doc. 44) be GRANTED.

---

[1] The Court previously dismissed Plaintiff's punitive and exemplary damage claims against Defendant Pablo Estrada in his official capacity pursuant to Estrada's separate motion to dismiss. In adopting this Court's recommendation, the District Court clarified that relief was granted solely to Officer Estrada, who filed the motion. LCG now brings it's own motion to dismiss punitive and exemplary damage claims against it.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. See *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. §636(b)(1).

THUS DONE in Chambers, Lafayette, Louisiana on this 30th day of January, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE