**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DENNIS LAZARD** | **CASE NO.  6:21-CV-04042 (LEAD)** |
| | **No. 6:21-CV-04067 (MEMBER)** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PABLO ESTRADA, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Lafayette City-Parish Consolidated Government's Motion to Dismiss (Rec. Doc. 44) is GRANTED, and Plaintiff's claims for punitive and exemplary damages asserted against Lafayette City-Parish Consolidated Government are DISMISSED WITH PREJUDICE.

Signed at Lafayette, Louisiana, this 15th day of February, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE